# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| JOHNSON DAIRY, LLC | ) | 09-10201-SBB |
| aka JF Cattle Co., LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Address:    23016 WCR 74 | ) | |
| Eaton, CO 80615 | ) | |
| Employer's Tax Identification No.: 87-0703859 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| JOHN D. JOHNSON | ) | 09-10203-SBB |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Address:    300 East 16th Street | ) | |
| Greeley, CO 80631 | ) | **Jointly Administered Case No.** |
| Last four digits of SS#: 2660 | ) | **09-10201-SBB** |

## ORDER REQUIRING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Debtors' Application to Employ Joseph Law Firm, P.C., as Special Counsel to Debtor *Nunc Pro Tunc* January 14, 2009 (Docket #173). A review of the Application indicates that provisions of the Federal Bankruptcy Rules, and Local Bankruptcy Rules of this Court have not been complied with. More specifically,

> The Debtors have failed to file and serve a notice of the Application to Employ the Joseph Law firm, P.C., upon the United States Trustee, the creditors reflected on the List of Twenty Largest Unsecured Claims, all secured creditors and all parties who have entered an appearance in the within case in accordance with Rule 9014, Fed.R.Bankr.P., and Local Bankruptcy Rule 202. Further, the notice must be in substantial conformity with Local Bankruptcy Form 202.1, Notice.

THEREFORE, IT IS ORDERED that, **on or before March 16, 2009**, the Debtors shall file and serve a notice pursuant to Rule 9014, Fed.R.Bankr.P., and Local Bankruptcy Rule 202 along with the Application to Employ the Joseph Law Firm to the United States Trustee, the creditors reflected on the List of Twenty Largest Unsecured Claims, all secured creditors and all parties who have entered an appearance in the within case. In the event the Debtors fail to fully

and timely comply with this Court's Order Requiring Compliance With Rules, the Court shall enter an order dismissing the Debtors' Application to Employ Joseph Law Firm, P.C., as Special Counsel to Debtor *Nunc Pro Tunc* January 14, 2009 (Docket #173) without further notice or hearing.

      DATED this <u>4th</u> day of March, 2009.

                              BY THE COURT

                              */s/ Sid Brooks*
                              _____
                              Sidney B. Brooks,
                              United States Bankruptcy Judge