# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Johnson Dairy, LLC<br><br>EIN: 87-0703859<br><br>      Debtor. | )<br>)<br>)<br>)<br>)<br>) Case No. 09-10201 SBB<br>) Chapter 11<br>)<br>)<br>) |
| IN RE:<br><br>John D. Johnson<br>SSN: XXX-XX-2660<br><br>      Debtor. | )<br>)<br>) Case No. 09-10203 SBB<br>) Chapter 11<br>)<br>)<br>) **Jointly Administered Case No.**<br>) **09-10201 SBB** |

## STATEMENT OF UNSECURED CREDITORS' COMMITTEE
## IN RESPONSE TO DEBTORS' COMBINED MOTION TO (1) AUTHORIZE DEBTORS TO ENTER INTO CWT PROGRAM OUT OF THE ORDINARY COURSE OF BUSINESS; AND (2) AUTHORIZE DEBTORS TO SELL AND SLAUGHTER COW HERD FREE AND CLEAR OF LIENS AND ENCUMBRANCES

The Unsecured Creditors' Committee, by its counsel, hereby submits its Statement in response to the Debtors' Combined Motion to (1) Authorize Debtors to Enter into CWT Program Out of the Ordinary Course of Business; and (2) Authorize Debtors to Sell and Slaughter Cow Herd Free and Clear of Liens and Encumbrances (the "Motion").

      1.      By the Motion, the Debtors seek authority to participate in the CWT Program, which is designed to reduce the overall dairy cow population by providing operating dairies with a financial incentive to sell cows to slaughter. If accepted in the Program, the Debtors seek authority to sell the entire cow herd to slaughter, to pay the proceeds thereof to the secured creditors with liens on the cows; and to take the CWT payment, in the approximate amount of $10 million, to fund a new dairy operation.

      2.      The Committee supports the Debtors' application to the CWT Program and, if accepted into the Program, the sale of the Debtors' cow herd to slaughter. Particularly in light of the quarantine imposed by the Colorado Department of Agriculture related to potential

tuberculosis in the herd, the sale to slaughter, through the CWT Program, of the entire cow herd appears to be in the best interests of the Debtors and all creditor constituencies.

3. The Motion refers, in passing, to the Debtors' intent to re-invest the CWT Payment in the purchase of a new cow herd within 60 to 90 days. The Committee recognizes that the timing for the optimal purchase of a new cow herd may be within the next two to three months, and thus may need to occur prior to confirmation of a plan of reorganization. The Committee opposes any use by the Debtors of the CWT Payment to purchase a new cow herd, however, without a complete disclosure of the financial and any other penalties imposed on the Debtors for doing so within one year; and outside the context of a negotiated plan of reorganization that clarifies the payments to be made to the general unsecured creditors, both from the CWT Payment, and from future operations of the dairy.

WHEREFORE, the Committee submits its statement in response to the Motion.

Dated: July 28, 2009.

FAIRFIELD AND WOODS, P.C.

_s/ Caroline C. Fuller_
Caroline C. Fuller, #14403
1700 Lincoln, Suite 2400
Denver, CO 80203-4524
Phone: (303) 830-2400
Fax: (303) 830-1033
E-Mail: cfuller@fwlaw.com

ATTORNEYS FOR UNSECURED
CREDITORS' COMMITTEE

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served via U.S. Mail, postage prepaid, on this 28th day of July 2009 properly addressed to the following:

Individuals listed on the attached matrix

Unsecured Creditors's Committee:

Craig Laufert
Agland, Inc.
P.O. Box 338
260 Factory Road
Eaton, CO 80615

Anne Feeney
The Western Sugar Cooperative
7555 E. Hampden Avenue, Suite 600
Denver, CO 80231

David Dyer
TLC Farms, Inc.
28248 Weld County Road 74
Eaton, CO 80615

Brad Olson
Pacific Ag Products
31375 Great Western Dr.
Windsor, CO 80550

Robert L. Brown
Dairy Specialists, LLC
3309 Empire Street
Evans, CO 80620

Bob Pemberton
Northern Feed and Bean
P.O. Box 149
Lucerne, CO 80646

Heather Roles
A-1 Organics, Inc.
16350 WCR 76
Eaton, CO 80615

Doug White
High Country Enterprises
P.O. Box 1201
La Veta, CO 81055

Steve Olander
Olander Farms
3853 E. County Road 14
Loveland, CO 80537


_s/ Julie Boling_
Julie Boling

Label Matrix for local noticing
1082-1
Case 09-10201-SBB
District of Colorado
Denver
Tue Jul 28 10:47:12 MDT 2009

Donald D. Allen
1700 Lincoln St.
Ste. 4000
Denver, CO 80203-4540

Dennis J. Bartlett
1600 Broadway
Ste. 1600
Denver, CO 80202-4916

Thomas C. Bell
1550 17th St.
Ste. 500
Denver, CO 80202-1500

Kent H. Borges
PO Box 1678
Colorado Springs, CO 80901-1678

Bart B. Burnett
1775 Sherman St.
31st Floor
Denver, CO 80203-1100

M. Frances Cetrulo
370 17th St.
Ste. 4800
Denver, CO 80202-5698

Terry Ehrlich
7691 Shaffer Pkwy.
Ste. A
Littleton, CO 80127-3010

John S. Finn
1050 17th St.
Ste. 700
Denver, CO 80265-2008

Caroline C. Fuller
1700 Lincoln St.
Ste. 2400
Denver, CO 80203-4524

Lars H. Fuller
303 E. 17th Ave.
Ste. 1100
Denver, CO 80203-1264

Aaron A Garber
303 E. 17th Ave.
Ste. 500
Denver, CO 80203-1258

Michael D. Gordon
Brigss and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100

David P. Hutchinson
950 17th St.
Ste. 1600
Denver, CO 80202-2828

Leland Matthew Johnson
1917 Market St.
Denver, CO 80202-1449

Lee M. Kutner
303 E. 17th Ave.
Ste. 500
Denver, CO 80203-1258

(c)ERIC B. LIEBMAN
1400 16TH ST STE 600
DENVER CO  80202-1486

Peter J. Lucas
1917 Market St.
Ste. A
Denver, CO 80202-1450

James T. Markus
1700 Lincoln St.
Ste. 4000
Denver, CO 80203-4540

Jeffery O. McAnallen
1700 Lincoln St.
Suite 4000
Denver, CO 80203-4540

John A. O'Brien
1600 Broadway
Ste. 1600
Denver, CO 80202-4916

William A. Richey
730 17th St.
Ste. 240
Denver, CO 80202-3506

Jennifer M Salisbury
1700 Lincoln St
SUite 4000
Denver, CO 80203-4540

Heather Schell
303 E 17th Ave.
Ste. 500
Denver, CO 80203-1258

Harvey Sender
1660 Lincoln St.
Ste. 2200
Denver, CO 80264-2202

Benjamin H. Shloss
303 E. 17th Ave.
Ste. 500
Denver, CO 80203-1258

Matthew D. Skeen
P.O. Box 218
Georgetown, CO 80444-0218

Joanne C. Speirs
999 18th St.
Ste. 1551
Denver, CO 80202-2415

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Patrick D. Vellone
1600 Stout St.
Suite 1100
Denver, CO 80202-3160

Darrell G. Waas
950 17th St.
Ste. 1600
Denver, CO 80202-2828

David Wadsworth
1660 Lincoln St.
Ste. 2200
Denver, CO 80264-2202

Jared C. Walters
1401 17th St.
Ste. 330
Denver, CO 80202-1241

David Warner
1660 Lincoln St.
Ste. 2200
Denver, CO 80264-2202

Jeffrey Weinman
730 17th St.
Ste. 240
Denver, CO 80202-3506

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Eric B. Liebman
1400 16th St.
6th Fl.
Denver, CO 80202

End of Label Matrix
Mailable recipients    34
Bypassed recipients     0
Total                  34