David P. Hutchinson
Otten Johnson Robinson Neff & Ragonetti PC
950 17th St., Suite 1600
Denver, CO 80202-2828

Benjamin H. Shloss
Kutner Miller Brinen PC
303 E. 17th Avenue, Suite 500
Denver, CO 80203-1258

Leland Matthew Johnson
Appel & Lucas PC
1917 Market St., Suite A
Denver, CO 80202-1450

David Warner
Sender & Wasserman PC
1660 Lincoln Street, Suite 2200
Denver, CO 80264

Harvey Sender
Sender & Wasserman PC
1660 Lincoln Street, Suite 2200
Denver, CO 80264

Michael D. Gordon
Brigss and Morgan, P.A.
2200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402-2100

Lars H. Fuller
303 E. 17th Ave., Suite 1100
Denver, CO 80203-1264

Bart B. Burnett
Pearson, Horowitz & Burnett PC
1775 Sherman, 31st Floor
Denver, CO 80203

Kent H. Borges
Sparks Wilson Borges Brandt & Johnson PC
P.O. Box 1678
Colorado Springs, CO 80901

Peter J. Lucas
Appel & Lucas PC
1917 Market St., Suite A
Denver, CO 80202-1450

Darrell G. Waas
Otten Johnson Robinson Neff & Ragonetti PC
950 17th Street, Suite 1600
Denver, CO 80202-2828

William A. Richey
Weinman & Associates PC
730 17th Street, Suite 240
Denver, CO 80202-3506

Caroline C. Fuller
Fairfield & Woods PC
1700 Lincoln Street, Suite 2400
Denver, CO 80203-4524

Jeffrey A. Weinman
William A. Richey
Weinman & Associates, P.C.
730 17th Street, Suite 240
Denver, CO 80202

U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

Terry Ehrlich
Arnold & Arnold, LLP
7691 Shaffer Parkway, Suite A
Littleton, CO 80127

David V. Wadsworth
Sender & Wasserman PC
1660 Lincoln Street, Suite 2200
Denver, CO 80264

Gregory M. Gavin
U.S. Department of Justice
999 18th Street, Suite 1551
Denver, CO 80202

John A. O'Brien
Kerr Brosseau Bartlett O'Brien LLC
1600 Broadway, Suite 1600
Denver, CO 80202-4916

Dennis J. Bartlett
Kerr Brosseau Bartlett O'Brien LLC
1600 Broadway, Suite 1600
Denver, CO 80202-4916

Joanne C. Speirs
U.S. Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202

Lee M. Kutner
Kutner Miller Brinen PC
303 E. 17th Ave., Suite 500
Denver, CO 80203-1258

John S. Finn
Stettner Miller PC
1050 17th Street, Suite 700
Denver, CO 80265

M. Frances Cetrulo
Berenbam Weinshienk & Eason PC
370 17th Street, Suite 4800
Denver, Co 80202-5698

Eric B. Liebman
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1473

Mathew D. Skeen
Skeen & Skeen PC
P.O. Box 218
Georgetown, CO 80444

Timothy J. Lamb
Jared C. Walters
Timothy J. Lamb, PC
1401 17th Street, Suite 330
Denver, CO 80202