IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JOHNSON DAIRY, a Colorado Limited Liability Company, EIN 87-0703859,<br><br>Debtor. | Bankruptcy Case No. 09-10201-SBB<br>(Chapter 11) |

**COVER SHEET FOR ALLEN & VELLONE P.C.'S SIXTH APPLICATION UNDER 11 U.S.C. § 331 FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES**

NAME OF APPLICANT: ALLEN & VELLONE, P.C.

AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO: JOHNSON DAIRY, LLC ("DEBTOR")

DATE OF ORDER AUTHORIZING EMPLOYMENT: MARCH 11, 2009

PERIOD FOR WHICH COMPENSATION IS SOUGHT: AUGUST 1, 2009 TO AUGUST 31, 2009

AMOUNT OF FEES AND EXPENSES SOUGHT: $45,440.62 (75% fees for period of August 1 through August 31, 2009) + $7,361.57 (100% costs for period of August 1 through August 31, 2009) + $15,171.69 (25% withheld fees for period of June 1 through July 31, 2009) = **$67,973.88**

THIS IS THE SIXTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ALLEN & VELLONE P.C. PRIOR FEE APPLICATIONS:

| DATE FILED | PERIOD COVERED | TOTAL REQUESTED (FEES AND EXPENSES) | TOTAL ALLOWED |
|---|---|---|---|
| 3/19/2009 | 1/8/09 – 2/28/09 | $34,264.84 | $34,264.84 |
| 4/15/2009 | 3/1/09-3/31/09 | $19,705.28 | $8,458.03 |
| 5/15/2009 | 4/1/09-4/30/09 | $20,000.00 | $20,000.00 |
| 6/15/2009 | 5/1/09-5/31/09 | $9,711.04 | $9,711.04 |
| 8/17/2009 | 6/1/09-7/31/09 | $59,069.34 | PENDING |

THE AGGREGATE AMOUNT OF FEES AND EXPENSES PAID TO THE APPLICANT TO DATE FOR SERVICES RENDERED AND EXPENSES IS: $63,920.75

DATED:       SEPTEMBER 15, 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> JOHNSON DAIRY, a Colorado Limited Liability Company, EIN 87-0703859, <br><br> Debtor. | Bankruptcy Case No. 09-10201-SBB <br> (Chapter 11) |

**ALLEN & VELLONE P.C.'S SIXTH INTERIM APPLICATION UNDER 11 U.S.C. § 331 FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES**

The Estate of Johnson Dairy, LLC ("Debtor"), by and through its attorneys, Allen & Vellone, P.C. ("Applicant"), hereby submits its sixth interim application under 11 U.S.C. § 331 for approval of attorneys' fees and expenses pursuant to the Court's Order Establishing Interim Compensation Procedure for All Professionals, dated February 25, 2009 (the "Order"):

1. Debtor's counsel filed a Motion for Employment of Allen & Vellone P.C. as Special Counsel for the Debtor on February 2, 2009, which was granted on March 11, 2009.

2. Debtor's counsel has filed five previous interim applications for fees in this matter, as designated on the coversheet of this application, as summarized on the coversheet attached hereto.

3. Applicant hereby submits its Sixth Interim Application Under 11 U.S.C. § 331 For Approval Of Attorneys' Fees And Expenses. Pursuant to the Order, the undersigned has provided the attached summary of fees and expenses to the Debtor, Debtor's corporate counsel, the U.S. Trustee, and counsel for the Creditor Committee, for service rendered August 1 to August 31, 2009.

4. As a supplement to this Application, Allen & Vellone P.C. is also submitting

2

to the Court's chambers a version of this application that includes the unredacted fee schedules for the period August 1 to August 31, 2009, pursuant to a prior order of the Court.

5.  The undersigned has also filed and served a Rule 202 notice on all interested parties with respect to this Application.

6.  The Order permits the Debtor to pay 100% of the monthly costs and expenses and to pay 75% of the monthly attorneys' fees with the remaining 25% of the monthly attorneys' fees to be held back by the Debtor for one month and paid on court approval. See Order at pp. 3-4.

7.  For legal services rendered between August 1 and August 31, 2009, Applicant seeks allowance of compensation in the amount of $60,587.50 in fees. A detailed statement of fees is attached hereto as **Exhibit A** (an unredacted version of which is separately submitted to Chambers). In accordance with the Order, Debtor may pay 75% of this amount, or $45,440.62, after reviewing applicant's professional fees, and the remaining 25%, or $15,146.88, the following month on court approval.

8.  Applicant also hereby seeks allowance of expense reimbursement in the amount of $7,361.57 for expenses rendered between August 1 and August 31, 2009, including deposition expenses, photocopies and postage. A detailed statement of costs is attached hereto as **Exhibit B**. Applicant is hereby requesting Debtor's payment of 100% of said costs, in accordance with the Order.

9.  In total, Applicant hereby seeks approval for the Debtor to pay $67,973.88, comprised of $45,440.62 (75% fees for period of August 1 through August 31, 2009) + $7,361.57 (100% costs for period of August 1 through August 31, 2009) + $15,171.69 (25%

withheld fees for period of June 1 through July 31, 2009).

10. Applicant believes that the reasonable value of the services performed from August 1 to August 31, 2009 is $60,587.50. In connection with the valuation of Applicant's services, applicant considered the experience of the attorneys performing services and the time actually spent by each person. Applicant believes that the hourly rates of the attorneys are consistent with the rates of comparable services performed by attorneys of like experience and quality with regard to the work performed.

11. There is no agreement between Applicant and any other party for the sharing of compensation to be received for services rendered in this case.

12. No compensation requested with respect to this proceeding is to be shared with any person contrary to the provisions of the Bankruptcy Code.

WHEREFORE, for the reasons as set forth above, Allen & Vellone P.C. respectfully requests that this Court enter an Order allowing payment of fees and expenses in the amount of $67,973.88, and for such other and further relief as this Court deems appropriate.

Dated: September 15, 2009

*s/Patrick D. Vellone*
Patrick D. Vellone, #15284
Penny T. Platnick, #38276
Shelley Thompson, #39999
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499
pvellone@allen-vellone.com
sthompson@allen-vellone.com
pplatnick@allen-vellone.com

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the above-referenced Order, on September 15, 2009 a true and correct copy of ALLEN & VELLONE P.C.'S SIXTH INTERIM APPLICATION UNDER 11 U.S.C. § 331 FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES was filed via CM/ECF and the summaries of fees and costs, pursuant to the Order, were sent via U.S. Mail, to the following:

Sidney B. Brooks
UNITED STATES BANKRUPTCY COURT
U.S. Custom House
721 19th Street
Denver, CO 80202-2508

Joanne C. Speirs, Esq.
U .S. TRUSTEE'S OFFICE
999 18th St., #1551
Denver, CO 80202
*On Behalf of the U.S. Trustee*

William R. Suhre, Esq.
SUHRE LAW FIRM, LLC
1019 39th Ave., Ste. K
Greeley, CO 80634
*Corporate Counsel for Debtor Johnson Dairy, LLC*

Caroline Fuller
Fairfield and Woods, P.C.
1700 Lincoln, Suite 2400
Denver, CO 80203
*Counsel for the Unsecured Creditors' Committee*

                                                       *s/ Elizabeth E. Deak*
                                                       Elizabeth E. Deak