# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JOHNSON DAIRY, LLC<br>aka JF Cattle Co., LLC,<br>EIN 87-0703859<br>Debtor. | Case Number 09-10201-SBB<br><br>Chapter 11 |
| JOHNSON DAIRY, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>OLANDER FARMS, LLC,<br><br>     Defendant. | Adversary Case Number _____ |

## COMPLAINT

Johnson Dairy, LLC ("Johnson Dairy"), through undersigned counsel, for its Complaint against Olander Farms, LLC ("Olander Farm"), states as follows:

### Parties and Jurisdiction

1. Johnson Dairy is a Colorado limited liability company and the debtor-in-possession in the above-referenced bankruptcy proceeding. Johnson Dairy owns and operates a dairy facility located in Weld County, Colorado.

2. Olander Farms is a Colorado limited liability company with its headquarters in Loveland, Colorado. Olander Farms has done business with Johnson Dairy pre- and post-petition, and is the holder of administrative and unsecured claims in this proceeding.

3. Johnson Dairy is bringing this adversary proceeding for the purpose of recovering a preferential transfer more specifically described below.

4. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 1334 and 157(b)(2)(F).

955366.1

**Factual Background**

5. Olander Farms is in the business of selling feed products to livestock operations such as Johnson Dairy.

6. From October 2008 through December 2008, Olander Farms provided feed to Johnson Dairy and issued invoices for such feed totaling $197,065.78. Johnson Dairy did not pay for the feed as it was delivered, and the full amount of the invoices for such feed remained due and owing as of December 30, 2008.

7. On December 30, 2008, Johnson Dairy made a payment to Olander Farms in the amount of $50,000 (the "Payment"). The Payment was made on account of, and applied against, invoices for feed delivered in October in the amount of $33,164.92, with the remaining $16,835.08 applied against invoices for feed delivered in November. The Payment left an unpaid balance due for November feed deliveries in the amount of $64,042.36. The Payment was insufficient to cover any of the feed deliveries made by Olander Farms during December 2008, for which Olander Farms issued invoices totaling $83,023.42.

**FIRST CLAIM FOR RELIEF**
**(Avoidance of Preferential Transfer)**

8. Johnson Dairy incorporates the allegations of paragraphs 1-7.

9. Johnson Dairy made the Payment while insolvent.

10. Johnson Dairy made the Payment outside the ordinary course of its business.

11. Johnson Dairy made the Payment on account of antecedent obligations.

12. Olander Farms did not exchange any new value to Johnson Dairy in consideration for the Payment.

13. Johnson Dairy filed its Chapter 11 petition on or about January 8, 2009 – fewer than ninety days following the date of the Payment.

14. Olander Farms, by retaining the Payment, would receive more than it would be entitled to receive in a proceeding under Chapter 7 of the Bankruptcy Code.

15. The Payment was a preferential transfer under Section 547(b) of the Bankruptcy Code.

WHEREFORE, Johnson Dairy respectfully requests that this Court enter judgment:

(a) Against Olander Farms, and in favor of Johnson Dairy, decreeing that the Payment was a preferential transfer under Section 547(b) of the Bankruptcy Code;

(b) Ordering Olander Farms to immediately turn over the Payment, together with pre- and post-petition interest thereon, to the Johnson Dairy bankruptcy estate;

955366.1

   (c) Directing that Olander Farms may not receive any distribution as an unsecured creditor or any payment of its administrative expense claim until it has turned over the full amount of the Payment to the estate; and

   (d) Awarding Johnson Dairy its costs and such other relief as may be appropriate.

   DATED:  August 3, 2010

               Respectfully submitted,

               OTTEN JOHNSON ROBINSON NEFF &
                RAGONETTI, P.C.

               By: /s/ David P. Hutchinson
                David P. Hutchinson, #19814
                950 17th Street, Suite 1600
                Denver, Colorado  80202
                Telephone:  (303) 825-8400
                Facsimile:  (303) 825-8625
                dhutchinson@ottenjohnson.com

               **ATTORNEYS FOR JOHNSON DAIRY, LLC**